# Court of Appeals
# of the State of Georgia

ATLANTA,__October 18, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17D0101.  RICKY EDWARDS v. THE STATE.**

On September 22, 2016, Ricky Edwards filed this application for discretionary review, seeking to appeal the trial court's order denying his "Motion to Withdraw Alford Plea."  The denial of a motion to withdraw a guilty plea may be appealed directly.  See *Smith v. State*, 283 Ga. 376, 376 (659 SE2d 380) (2008).  Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).

Although Edwards included a copy of the trial court's order with his application, it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).  Without the stamped "filed" copy of the order, this Court cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Consequently, on September 28, 2016, this Court ordered Edwards to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  This Court provided that failure to comply with this directive would result in dismissal of the application.  Edwards has not submitted a stamped "filed" copy of

the order, and more than ten days have passed since the September 28, 2016 order.

Accordingly, Edwards's application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____10/18/2016_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

2